U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
MONROE
MAR 24 2009
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| MONA R. ADAMS | CIVIL NO. 08-0135 |
| VERSUS | JUDGE ROBERT G. JAMES |
| MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | MAG. JUDGE KAREN L. HAYES |

## MEMORANDUM RULING

Pending before the Court is Plaintiff Mona R. Adams's ("Adams") petition for review of the Commissioner of the Social Security Administration's ("Commissioner") denial of social security benefits.

On February 6, 2009, Magistrate Judge Karen L. Hayes issued a Report and Recommendation [Doc. No. 23], recommending that the decision of the Commissioner be affirmed and the claims dismissed with prejudice. Magistrate Judge Hayes reasoned that Adams failed to show a denial of due process because she failed to request an opportunity to cross-examine Dr. Ebrahim on remand, and, in the alternative, she failed to demonstrate that she was prejudiced by not being able to cross-examine Dr. Ebrahim.

On February 26, 2009, Adams filed an objection [Doc. No. 24] to the Report and Recommendation, contending for the first time that she was prejudiced because she was not able to cross-examine Dr. Ebrahim. *See* [Doc. No. 35, p. 7].

The Court ADOPTS the analysis of the Report and Recommendation, except as to whether Adams demonstrated prejudice. The Court agrees with Magistrate Judge Hayes that Adams failed

to assert her due process right to cross-examine Dr. Ebrahim on remand. Therefore, the Court need not reach whether Adams was prejudiced as a result. Further, the Court agrees with Magistrate Judge Hayes that, to the extent it was error for the ALJ to rely on Dr. Ebrahim's opinion, that error was harmless because the remaining record provides substantial evidence to support the ALJ's decision.

MONROE, LOUISIANA, this 24 day of March, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE