U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
MONROE
MAR 2 4 2009
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| MONA R. ADAMS | CIVIL NO. 08-0135 |
| VERSUS | JUDGE ROBERT G. JAMES |
| MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons set forth in this Court's Memorandum Ruling, and for the reasons set forth in the Report and Recommendation of the Magistrate Judge, to the extent adopted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the decision of the Commissioner of the Social Security Administration is AFFIRMED, and the claims in this matter are DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 24 day of March, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE